UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SHENZHENSHI LIANGYUENKEJI :
YOUXIANGONGSI a/k/a COOGAM DIRECT, :
: 24-CV-1223 (JMF)
Plaintiff, :
: <u>ORDER</u>
-v- :
:
ANTSY LABS LLC, :
:
Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendant's new motion to dismiss, *see* Docket No. 19, Defendant's earlier motion to dismiss filed at Docket No. 16 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 11, 2024**. Defendant's reply, if any, shall be filed **within seven days of any opposition**.

    The Clerk of Court is directed to terminate Docket No. 16.

    SO ORDERED.

Dated: May 29, 2024
       New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge