**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHENZHENSHI LIANGYUANKEJI
YOUXIANGONGSI a/k/a COOGAM DIRECT,

                        Plaintiff,

    -against-                                   24 **CIVIL** 1223 (JMF)

                                                                 **JUDGMENT**

ANTSY LABS LLC,

                        Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 18, 2024, Antsy Labs's motion to dismiss is GRANTED, and Coogam's claims are dismissed. Accordingly, case is closed.

**Dated:** New York, New York

      November 18, 2024

                                                        **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                              **BY:**
                                                 **Deputy Clerk**